IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMELINES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 11 CV 6867 |
| | ) | |
| FACEBOOK, INC. | ) | HONORABLE JOHN W. DARRAH |
| | ) | |
| Defendant. | ) | |

## DEFENDANT FACEBOOK, INC.'S MOTION TO EXCLUDE DR. ELI SEGGEV'S SURVEY AND RELATED EXPERT REPORT AND TESTIMONY

For the reasons set forth in the accompanying memorandum of law, Defendant Facebook, Inc. respectfully moves the Court to exclude the "likelihood of confusion" survey conducted by Dr. Eli Seggev and his related expert report and testimony.

Dated: December 19, 2012

Respectfully submitted,

**COOLEY LLP**

By: */s/ Brendan J. Hughes*
Peter J. Willsey (*pro hac vice*)
Brendan J. Hughes (*pro hac vice*)
COOLEY LLP
777 6th Street, NW Suite 1100
Washington, DC 20001
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: pwillsey@cooley.com
 bhughes@cooley.com

Michael G. Rhodes (*pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222
Email: rhodesmg@cooley.com

1

2

                Steven D. McCormick (#1824260)
                KIRKLAND & ELLIS LLP
                300 North LaSalle
                Chicago, IL  60654-3406
                Tel: (312) 862-2000
                Fax: (312) 862-2200
                Email:  smccormick@kirkland.com

*Counsel for Facebook, Inc.*

Case: 1:11-cv-06867 Document #: 69 Filed: 12/19/12 Page 2 of 3 PageID #:346

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served the foregoing **DEFENDANT FACEBOOK, INC.'S MOTION TO EXCLUDE DR. ELI SEGGEV'S SURVEY AND RELATED EXPERT REPORT AND TESTIMONY** by means of the Court's CM/ECF System, which causes a true and correct copy of the same to be served electronically on all CM/ECF registered counsel of record, on December 19, 2012.

Dated:  December 19, 2012

                                           */s/ Brendan J. Hughes*
                                           Brendan J. Hughes (*pro hac vice*)
                                           COOLEY LLP
                                           777 6th Street, NW, Suite 1100
                                           Washington, DC 20001
                                           Tel: (202) 842-7800
                                           Fax: (202) 842-7899
                                           Email: bhughes@cooley.com

180746 /DC