**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIMELINES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 11 CV 6867 |
| ) | |
| FACEBOOK, INC. ) | HONORABLE JOHN W. DARRAH |
| ) | |
| Defendant. ) | |

**DEFENDANT FACEBOOK, INC.'S MOTION *IN LIMINE* NO. 3: TO EXCLUDE EVIDENCE, ARGUMENT, AND TESTIMONY REGARDING FACEBOOK'S UNRELATED TRADEMARK PROSECUTION AND ENFORCEMENT EFFORTS**

For the reasons set forth in the accompanying memorandum of law, Defendant Facebook, Inc. respectfully moves the Court to exclude evidence, argument, and testimony regarding Facebook's unrelated trademark prosecution and enforcement efforts.

Dated: April 8, 2013                  Respectfully submitted,

COOLEY LLP

By: */s/ Peter J. Willsey*

| | |
|---|---|
| Peter J. Willsey (*pro hac vice*) | Steven D. McCormick (#1824260) |
| Brendan J. Hughes (*pro hac vice*) | KIRKLAND & ELLIS LLP |
| COOLEY LLP | 300 North LaSalle |
| 1299 Pennsylvania Ave., NW, Ste 700 | Chicago, IL 60654-3406 |
| Washington, DC 20004-2400 | Tel: (312) 862-2000 |
| Tel: (202) 842-7800 | Fax: (312) 862-2200 |
| Fax: (202) 842-7899 | Email: smccormick@kirkland.com |
| Email: pwillsey@cooley.com | |
|         bhughes@cooley.com | |

Michael G. Rhodes (*pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222
Email: rhodesmg@cooley.com

*Counsel for Facebook, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served the foregoing **DEFENDANT FACEBOOK, INC.'S MOTION *IN LIMINE* NO. 3: TO EXCLUDE EVIDENCE, ARGUMENT, AND TESTIMONY REGARDING FACEBOOK'S UNRELATED TRADEMARK AND PROSECUTION AND ENFORCEMENT EFFORTS** by means of the Court's CM/ECF System, which causes a true and correct copy of the same to be served electronically on all CM/ECF registered counsel of record, on April 8, 2013.

Dated: April 8, 2013

*/s/ Brendan J. Hughes*
Brendan J. Hughes (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: bhughes@cooley.com

189769 DC