IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMELINES, INC. | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | Civil Action No.: 11 CV 6867 |
| | ) | |
| v. | ) | Honorable John W. Darrah |
| | ) | |
| FACEBOOK, INC. | ) | Jury Trial Demanded |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**TIMELINES' MOTION *IN LIMINE* NO. 5 TO BAR ARGUMENTS AND EVIDENCE IN SUPPORT OF AN ADVICE OF COUNSEL DEFENSE**

Plaintiff/Counter-Defendant Timelines, Inc. ("Timelines"), through its attorneys, Reed Smith LLP, moves this Court, under Federal Rules of Evidence 401, 402 and 403, to enter an order *in limine* barring Defendant/Counter-Plaintiff Facebook, Inc. ("Facebook"), as well as Facebook's attorneys, witnesses, and all other persons involved in this case on its behalf, from introducing evidence of, or otherwise asserting, either directly or indirectly, an advice of counsel defense to Timelines' claims that Facebook's infringement, deceptive practices, and other unlawful conduct was willful and intentional for the reasons set forth in the accompanying memorandum of law.

DATED: April 8, 2013

Respectfully submitted,

**TIMELINES, INC.,**
*Plaintiff/Counter-Defendant*

By: /s/ Douglas A. Albritton
James T. Hultquist (SBN 6204320)
Douglas A. Albritton (SBN 6228734)
Michael L. DeMarino (SBN 6298337)
Bruce R. Van Baren (SBN 6310375)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400
*Counsel for Plaintiff/Counter-Defendant*

- 2 -

*Timelines, Inc.*

- 2 -

*Timelines, Inc.*

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I electronically filed **TIMELINES' MOTION IN LIMINE NO. 5 TO BAR ARGUMENTS AND EVIDENCE IN SUPPORT OF AN ADVICE OF COUNSEL DEFENSE**. Pursuant to Rule 5(b)(3) of the Federal Rules of Civil Procedure and Local Rule 5.9, I have thereby electronically served all Filing Users.

DATED: April 8, 2013

Respectfully submitted,
**TIMELINES, INC.,**
*Plaintiff/Counter-Defendant*

By: /s/ Douglas A. Albritton
James T. Hultquist (SBN 6204320)
Douglas A. Albritton (SBN 6228734)
Michael L. DeMarino (SBN 6298337)
Bruce R. Van Baren (SBN 6310375)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400
*Counsel for Plaintiff/Counter-Defendant
Timelines, Inc.*