IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMELINES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 11 CV 6867 |
| ) | |
| FACEBOOK, INC. ) | HONORABLE JOHN W. DARRAH |
| ) | |
| Defendant. ) | |

**DEFENDANT FACEBOOK, INC.'S MOTION *IN LIMINE* NO. 7: TO EXCLUDE EVIDENCE, ARGUMENT, AND TESTIMONY REGARDING ALLEGATIONS OF FACEBOOK'S GENERAL DISRESPECT FOR THE RIGHTS OF OTHERS**

For the reasons set forth in the accompanying memorandum of law, Defendant Facebook, Inc. respectfully moves the Court to exclude evidence, argument, and testimony suggesting that Facebook has a general disrespect for the rights of others.

Dated: April 8, 2013                                         Respectfully submitted,

    COOLEY LLP

By: */s/ Peter J. Willsey*

| | |
|---|---|
| Peter J. Willsey (*pro hac vice*) | Steven D. McCormick (#1824260) |
| Brendan J. Hughes (*pro hac vice*) | KIRKLAND & ELLIS LLP |
| COOLEY LLP | 300 North LaSalle |
| 1299 Pennsylvania Ave., NW, Ste 700 | Chicago, IL 60654-3406 |
| Washington, DC 20004-2400 | Tel: (312) 862-2000 |
| Tel: (202) 842-7800 | Fax: (312) 862-2200 |
| Fax: (202) 842-7899 | Email: smccormick@kirkland.com |
| Email: pwillsey@cooley.com | |
|        bhughes@cooley.com | |

    Michael G. Rhodes (*pro hac vice*)
    101 California Street, 5th Floor
    San Francisco, CA 94111-5800
    Tel: (415) 693-2000
    Fax: (415) 693-2222
    Email: rhodesmg@cooley.com

*Counsel for Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served the foregoing **DEFENDANT FACEBOOK, INC.'S MOTION *IN LIMINE* NO. 7: TO EXCLUDE EVIDENCE, ARGUMENT, AND TESTIMONY REGARDING ALLEGATIONS OF FACEBOOK'S GENERAL DISRESPECT FOR THE RIGHTS OF OTHERS** by means of the Court's CM/ECF System, which causes a true and correct copy of the same to be served electronically on all CM/ECF registered counsel of record, on April 8, 2013.

Dated: April 8, 2013

*/s/ Brendan J. Hughes*
Brendan J. Hughes (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: bhughes@cooley.com

1114686 HN