**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIMELINES, INC. | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Civil Action No.: 11 CV 6867 |
| | ) | |
| v. | ) | Honorable John W. Darrah |
| | ) | |
| FACEBOOK, INC. | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff/Counter-Defendant Timelines, Inc., through its attorneys, Reed Smith LLP, and Defendant/Counter-Plaintiff Facebook, Inc., through its attorneys, Cooley LLP, hereby move this Court to dismiss this action with prejudice, with each party in this action to bear its own costs and attorneys' fees.

DATED: May 7, 2013

Respectfully submitted,

**TIMELINES, INC.,**
*Plaintiff/Counter-Defendant*

By: /s/ Douglas A. Albritton
James T. Hultquist (SBN 6204320)
Douglas A. Albritton (SBN 6228734)
Michael L. DeMarino (SBN 6298337)
Bruce R. Van Baren (SBN 6310375)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
*Counsel for Plaintiff/Counter-Defendant
Timelines, Inc.*

**FACEBOOK, INC.**,
*Defendant/Counter-Plaintiff*


By: */s/ Peter J. Willsey*
  Peter J. Willsey (*pro hac vice*)
  Brendan J. Hughes (*pro hac vice*)
  COOLEY LLP
  1299 Pennsylvania Ave., NW, Ste 700
  Washington, DC 20004-2400
  Tel: (202) 842-7800
  Fax: (202) 842-7899
  Email: pwillsey@cooley.com
  bhughes@cooley.com

  Michael G. Rhodes (*pro hac vice*)
  101 California Street, 5th Floor
  San Francisco, CA 94111-5800
  Tel: (415) 693-2000
  Fax: (415) 693-2222
  Email: rhodesmg@cooley.com
  *Counsel for Facebook, Inc.*

  Steven D. McCormick (#1824260)
  KIRKLAND & ELLIS LLP
  300 North LaSalle
  Chicago, IL 60654-3406
  Tel: (312) 862-2000
  Fax: (312) 862-2200
  Email: smccormick@kirkland.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, hereby certify that I electronically filed the foregoing **AGREED MOTION TO DISMISS WITH PREJUDICE**. Pursuant to Rule 5(b)(3) of the Federal Rules of Civil Procedure and Local Rule 5.9, I have thereby electronically served all Filing Users.

DATED: May 7, 2013                        Respectfully submitted,

                                                 **TIMELINES, INC.,**
                                                 *Plaintiff/Counter-Defendant*


                                       By: /s/ Douglas A. Albritton
                                            James T. Hultquist (SBN 6204320)
                                            Douglas A. Albritton (SBN 6228734)
                                            Michael L. DeMarino (SBN 6298337)
                                            Bruce R. Van Baren (SBN 6310375)
                                            REED SMITH LLP
                                            10 South Wacker Drive
                                            Chicago, IL 60606-7507
                                            Telephone: +1 312 207 1000
                                            Facsimile: +1 312 207 6400
                                            *Counsel for Plaintiff/Counter-Defendant*
                                            *Timelines, Inc.*