IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMELINES, INC. | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Civil Action No.: 11 CV 6867 |
| | ) | |
| v. | ) | HONORABLE JOHN W. DARRAH |
| | ) | |
| FACEBOOK, INC. | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## ORDER

Having considered Plaintiff/Counter-Defendant Timelines, Inc. and Defendant/Counter-Plaintiff Facebook, Inc.'s Agreed Motion to Dismiss with Prejudice, the Court grants the motion and orders that:

This Action is hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

DATED: May 8, 2013

THE HONORABLE JOHN W. DARRAH
UNITED STATES DISTRICT JUDGE